UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN J. LIEUALLEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY FIRE PROTECTION DISTRICT NO. 1, a municipal corporation of the State of Washington, d/b/a SPOKANE VALLEY FIRE DEPARTMENT; MICHAEL THOMPSON, a married person; LARRY T. RIDER, a married person,<br><br>Defendants. | NO: 13-CV-0393-TOR<br><br>ORDER OF DISMISSAL OF FEDERAL CLAIMS WITH PREJUDICE AND REMAND OF STATE CLAIMS |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal of Federal Claims (ECF No. 31). Pursuant to the parties' stipulation, the Court will dismiss all federal claims alleged in Plaintiff's complaint under 42 U.S.C. § 1983 and 42 U.S.C. §12101 et seq., and all claims against individual defendants Michael Thompson and Larry T. Rider with prejudice and without costs or attorney's fees

ORDER OF DISMISSAL OF FEDERAL CLAIMS WITH PREJUDICE AND REMAND OF STATE CLAIMS ~ 1

to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's state law common law and statutory claims against Defendant Spokane County Fire Protection District No. 1 are preserved and shall be remanded to the Spokane County Superior Court pursuant to the parties' stipulation.

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal of Federal Claims (ECF No. 31) is **GRANTED**. All **federal** claims and causes of action and all claims against individual defendants Michael Thompson and Larry T. Rider are **DISMISSED** with prejudice and without costs or fees to any party.

2. Plaintiff's state law common law and statutory claims against Defendant Spokane County Fire Protection District No. 1 are **REMANDED** to the Spokane County Superior Court.

The District Court Executive is hereby directed to enter this Order; provide copies to counsel; provide a certified copy to the Clerk of the Superior Court of the State of Washington for Spokane County, Cause No. 13-2-04244-9; and **CLOSE** this file.

**DATED** May 23, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL OF FEDERAL CLAIMS WITH PREJUDICE AND REMAND OF STATE CLAIMS ~ 2